UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOSE MANUEL ROMERO-PARADA, a/k/a Russo,

    Defendant.

Case No. 2:17-CR-164(6)
CHIEF JUDGE EDMUND A. SARGUS, JR.

## OPINION AND ORDER

This matter is before the Court upon the request of counsel for the appointment of Kirk A. McVay (Ohio Sup. Ct. No. 0064858) as co-counsel for Defendant Jose Manuel Romero-Parada. The Court has considered this request and finds Mr. McVay is "learned in the law applicable to capital cases" and is very well qualified to act in the requested role. *See* Fed. R. Crim. P. 3005 (providing for two attorneys in capital cases). The Court therefore **APPOINTS** Mr. McVay as co-counsel for Defendant Jose Manuel Romero-Parada.

**IT IS SO ORDERED.**

3-21-2018
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE